# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Amy Acquaviva                                            CHAPTER 13

                              Debtor(s)                           BKY. NO. 19-15189 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Lease Trust and index same on the master mailing list.

                                                      Respectfully submitted,
                                                      **/s/ Rebecca A. Solarz Esquire**
                                                      Rebecca A Solarz, Esquire
                                                      Kevin G. McDonald, Esquire
                                                      KML Law Group, P.C.
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA 19106-1532
                                                      (215) 627-1322