IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Amy Acquaviva | : | Chapter 13 |
| | : | |
| | : | Case No.  19-15189ELF |
| Debtor(s) | : | |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Motion to Modify Plan filed at docket number 43.


Dated:  April 6, 2020                          /s/ Brad J. Sadek, Esquire
                                               Brad J. Sadek, Esquire
                                               Sadek and Cooper
                                               1315 Walnut Street, Suite 502
                                               Philadelphia, PA 19107
                                               215-545-0008