United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 19-15189-elf

Amy Acquaviva                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2021 | Form ID: pdf900 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amy Acquaviva, 2322 N. Gilinger Road, Lafayette Hill, PA 19444-2228 |
| 14375941 | + | AES/PNC Bank, Attn: Bankruptcy Dept, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14465866 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14375944 | + | I.C. System, Inc., 444 Highway 96 East, PO Box 64378, St. Paul, MN 55164-0378 |
| 14375945 | + | KML Law Group P.C., Suite 5000- BNY Independance Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14381106 | + | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14381354 | + | M&T Bank, C/O Kevin G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14408144 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14375951 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Atty: Bankruptcy Dept, PO Box 8026, Cedar Rapids, IA 52409 |
| 14375950 | + | Target, Attn: Bankruptcy Dept, PO Box 9475, Minneapolis, MN 55440-9475 |
| 14390037 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14484172 | + | Toyota Lease Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14375952 | + | Wells Fargo Bank, Mac F823f-02f, PO Box 10438, Des Moines, IA 50306-0438 |
| 14399851 | | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14389346 | + | Whitemarsh Township Authority, 462 Germantown Pike Suite 1, Lafayette Hill, PA 19444-1818 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 14 2021 03:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2021 03:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 14 2021 03:12:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14375942 | | Email/Text: ebn@americollect.com | Jan 14 2021 03:12:00 | Americollect, PO Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 14375943 | + | Email/Text: bankruptcy@usecapital.com | Jan 14 2021 03:13:00 | Capital Accounts, Attn: Bankruptcy Dept, PO Box 140065, Nashville, TN 37214-0065 |
| 14375946 | | Email/Text: camanagement@mtb.com | Jan 14 2021 03:12:00 | M & T Bank, Attn: Bankruptcy Dept, PO Box 844, Buffalo, NY 14240 |
| 14405558 | | Email/Text: camanagement@mtb.com | Jan 14 2021 03:12:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 14375947 | + | Email/PDF: pa_dc_claims@navient.com | Jan 14 2021 03:19:33 | Navient, Attn: Bankruptcy Dept, PO Box 9640, Wiles-Barr, PA 18773-9640 |
| 14428387 | | Email/PDF: pa_dc_claims@navient.com | Jan 14 2021 03:23:09 | Navient PC TRUST c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |

District/off: 0313-2                     User: admin                                      Page 2 of 3
Date Rcvd: Jan 13, 2021                  Form ID: pdf900                          Total Noticed: 30

| | | | |
|---|---|---|---|
| 14375948 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jan 14 2021 03:19:33 | Portfolio Recovery, Attn: Bankruptcy Dept., 120 Corporate Blvd, Norfold, VA 23502 |
| 14407763 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jan 14 2021 03:23:09 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14404650 | + | Email/Text: colleen.atkinson@rmscollect.com | |
| | | Jan 14 2021 03:13:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 14375949 | | Email/Text: colleen.atkinson@rmscollect.com | |
| | | Jan 14 2021 03:13:00 | Receivable Management Inc, 7206 Hull Rd, Ste 211, Richmond, VA 23235 |
| 14411889 | + | Email/Text: bncmail@w-legal.com | |
| | | Jan 14 2021 03:12:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14378019 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | |
| | | Jan 14 2021 03:19:32 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14389334 | *+ | AES/PNC Bank, Attn: Bankruptcy Dept, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14389335 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, PO Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 14389336 | *+ | Capital Accounts, Attn: Bankruptcy Dept, PO Box 140065, Nashville, TN 37214-0065 |
| 14389337 | *+ | I.C. System, Inc., 444 Highway 96 East, PO Box 64378, St. Paul, MN 55164-0378 |
| 14389338 | *+ | KML Law Group P.C., Suite 5000- BNY Independance Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14389339 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, Attn: Bankruptcy Dept, PO Box 844, Buffalo, NY 14240 |
| 14389340 | *+ | Navient, Attn: Bankruptcy Dept, PO Box 9640, Wiles-Barr, PA 18773-9640 |
| 14389341 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy Dept., 120 Corporate Blvd, Norfold, VA 23502 |
| 14389342 | * | Receivable Management Inc, 7206 Hull Rd, Ste 211, Richmond, VA 23235 |
| 14389344 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Atty: Bankruptcy Dept, PO Box 8026, Cedar Rapids, IA 52409 |
| 14389343 | *+ | Target, Attn: Bankruptcy Dept, PO Box 9475, Minneapolis, MN 55440-9475 |
| 14389345 | *+ | Wells Fargo Bank, Mac F823f-02f, PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2021                      Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0313-2                         User: admin                                              Page 3 of 3
Date Rcvd: Jan 13, 2021                      Form ID: pdf900                                      Total Noticed: 30

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| BRAD J. SADEK | on behalf of Debtor Amy Acquaviva brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| KEVIN G. MCDONALD | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 7

## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          Chapter 13
AMY  ACQUAVIVA


                    Debtor                      Bankruptcy No. 19-15189-ELF


# O R D E R


**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.



Date:  January 13, 2021     _____
                                        Honorable Eric L. Frank
                                        Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-


Debtor:
AMY  ACQUAVIVA

2322 N. GILINGER ROAD

LAFAYETTE HILL, PA 19444-